IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEBORAH HANSON, <br> TIMOTHY HANSON, and <br> WOMICK LAW FIRM, CHTD., <br><br> Plaintiffs, <br><br> vs. <br><br> MID CENTRAL OPERATING <br> ENGINEERS HEALTH & WELFARE <br> FUND, <br><br> Defendant. | Case No. 3:23-cv-2343-MAB[1] |

# JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated March 21, 2024, which reflects the parties' settlement (Doc. 28; *see also* Docs. 30, 37), this matter is **DISMISSED with prejudice**, each party to bear their own costs, unless otherwise provided in the settlement documents.

**DATED**: August 1, 2024

>  MONICA A. STUMP,
>  **Clerk of Court**
>
>  BY:  /s/ Jennifer Jones
>       **Deputy Clerk**

**APPROVED:**  /s/ Mark A. Beatty
 **MARK A. BEATTY**
 **United States Magistrate Judge**

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c) (*see* Doc. 9).